# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

Civil Division

| | |
|---|---|
| Ashley Bianca Ruth Kroese (TOMIS ID 00638047)<br>Debra K. Johnson Rehabilitation Center<br>Address: 3881 Stewarts Lane, Nashville, TN 37243<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>See Attached.<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. 3:25-cv-1268<br>*(to be filled in by the Clerk's Office)* MG |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ashley Bianca Ruth Kroese (TOMIS ID 00638047) |
| All other names by which you have been known: | |
| ID Number | TOMIS ID 00638047 |
| Current Institution | Debra K. Johnson Rehabilitation Center |
| Address | 3881 Stewarts Lane, Nashville, TN 37243 |
| | Nashville, TN, 37243 |
| | *City  State  Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Williamson County, Tennessee |
| Job or Title *(if known)* | Williamson County Attorney's Office |
| Shield Number | |
| Employer | |
| Address | 1320 West Main Street, Suite 125 |
| | Franklin, TN, 37064 |
| | *City  State  Zip Code* |

[ ] Individual capacity  [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Kim R. Helper |
| Job or Title *(if known)* | District Attorney General, 22nd Judicial District |
| Shield Number | |
| Employer | Office of the District Attorney General |
| Address | 135 4th Avenue South, Suite 200 |
| | Franklin, TN, 37064 |
| | *City  State  Zip Code* |

[✔] Individual capacity  [✔] Official capacity

Defendant No. 3
  Name: Jamie Pulido
  Job or Title *(if known)*: Assistant District Attorney General, 22nd Judicial District
  Shield Number:
  Employer: Office of the District Attorney General
  Address: 135 4th Avenue South, Suite 200
  Franklin, TN 37064
  *City   State   Zip Code*

  [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name: Trooper Matthew Priest
  Job or Title *(if known)*: Tennessee Highway Patrol
  Shield Number:
  Employer:
  Address: 1603 Murfreesboro Pike
  Nashville, TN 37217
  *City   State   Zip Code*

  [✓] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Not applicable.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Please see attached.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
Full details are found in the attachment to this complaint.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
Please see full details in the attachment to this complaint.

C. What date and approximate time did the events giving rise to your claim(s) occur?
June 18, 2020 through February 2022 and continuing.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Please see full details in the attachment to this complaint.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
Please see full details in the attachment to this complaint.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
Please see full details in the attachment to this complaint.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
At the time of the events giving rise to my claims, I was confined at the Williamson County Jail located at 408 Century Court, Franklin, Tennessee 37064. Portions of my claim also arise from treatment I received immediately before incarceration while hospitalized at Vanderbilt University Medical Center, 1211 Medical Center Drive, Nashville, Tennessee 37232.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?
Not applicable. Please see attachment to this complaint.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?
Not applicable.

2. What did you claim in your grievance?
Not applicable.

3. What was the result, if any?
Not applicable.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
Not applicable.

 F. If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here:
Please see the attachment for full explanation as to why no grievance was filed.

  2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
Please see the attachment for full explanation as to why no grievance was filed as well as whom was informed.

 G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
Please see attachment to this complaint.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.
Not applicable.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Not applicable.

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Not applicable.

3. Docket or index number

   Not applicable.

4. Name of Judge assigned to your case

   Not applicable.

5. Approximate date of filing lawsuit

   Not applicable.

6. Is the case still pending?

   ☐ Yes   Not applicable.

   ☐ No

   If no, give the approximate date of disposition. Not applicable.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Not applicable.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)     Not applicable.

    Defendant(s)   Not applicable.

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Not applicable.

3. Docket or index number
   Not applicable.

4. Name of Judge assigned to your case
   Not applicable.

5. Approximate date of filing lawsuit
   Not applicable.

6. Is the case still pending?

    ☐ Yes   Not applicable

    ☐ No

    If no, give the approximate date of disposition    Not applicable.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Not applicable.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 27 October 2025

Signature of Plaintiff: Ashley Kroese

Printed Name of Plaintiff: ASHLEY KROESE

Prison Identification #: 0638047

Prison Address: Debra K. Johnson  3881 Stewarts Lane
Nashville   TN   37243
City   State   Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Address:

City   State   Zip Code

Telephone Number:

E-mail Address:

**Continued:**

**B. The Defendant(s)** Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**5. Trooper Ryan Nieuwenhuis**
Tennessee Highway Patrol – Nashville District Headquarters
1603 Murfreesboro Pile
Nashville, Tennessee 37217

**6. Leesa Gant**
Tennessee Bureau of Investigation (Forensic Division)
901 R.S. Gass Boulevard
Nashville, TN 37216

**7. Vanderbilt University Medical Center (TK Health)**
Office of Legal Affairs
Vanderbilt University Medical Center
1211 Medical Center Drive
Nashville, TN 37232

**8. Williamson County Sheriff's Office / Jail Division and Medical Staff**
c/o Sheriff Dusty Rhoades or Authorized Representative
Williamson County Sheriff's Office – Jail Division
408 Century Court
Franklin, TN 37064

**9. Judge Tom Taylor**

1320 West Main Street
Franklin, TN 37064

**10. Nurse Allie Osborne, R.N.**
Vanderbilt University Medical Center
1211 Medical Center Drive
Nashville, TN 37232

**11. Nurse "Chandler" (First Name Unknown)**
Vanderbilt University Medical Center
1211 Medical Center Drive
Nashville, TN 37232

**12. Nurse "Linda" (Last Name Unknown)**
Williamson County Sheriff's Office – Jail Division
408 Century Court
Franklin, TN 37064

**13. John / Jane Doe Vanderbilt Hospital Staff (Legal and Lab Personnel)**
Vanderbilt University Medical Center
1211 Medical Center Drive
Nashville, TN 37232

**14. John / Jane Doe Williamson County Jail Officers and Medical Staff**
Williamson County Sheriff's Office – Jail Division
408 Century Court
Franklin, TN 37064